# IN THE UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# GREAT FALLS DIVISION

Kalin Guthridge,

         Plaintiff,

-vs-

Johnson & Johnson Corp.; Ethicon, Inc.; Ethicon, LLC; John Does 1-20,

         Defendants.

NO. CV-22-80-GF-BMM

**ORDER GRANTING UNOPPOSED MOTION OF JOHNSON & JOHNSON AND ETHICON, INC., FOR CHANGE OF VENUE**

Defendants Johnson & Johnson and Ethicon, Inc., have filed a motion for change of venue. (Doc. 14). Defendants contend that the proper venue for this action under Local Rule 3.2(b) is the Billings Division. It does appear that Plaintiff resides in Billings and that the medical device at issue was implanted in her in Billings. Plaintiff does not oppose this motion. Accordingly, this case shall be transferred to the Billings Division pursuant to Local Rule 1.2(c)(3).

DATED this 19th day of December, 2022.

_____
Brian Morris, Chief District Judge
United States District Court