IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KALIN GUTHRIDGE,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON CORP.;<br>ETHICON, INC.; ETHICON, LLC;<br>JOHN DOES 1-20,<br><br>        Defendants. | CV 22-145-BLG-SPW-TJC<br><br>ORDER |

Upon the Stipulation for Dismissal With Prejudice (Doc. 52) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that any pending motions are **DENIED** as moot.

DATED this 18th day of April, 2024.

_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1